UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-00426-JSM-MAP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

FRENCHY'S SOUTH BEACH CAFE, INC., a
Florida corporation, d/b/a FRENCHY'S SOUTH
BEACH CAFE, and MICHAEL G. PRESTON,
an individual,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff KENDRICK E. DULDULAO and Defendants, FRENCHY'S SOUTH BEACH CAFE, INC., a Florida corporation, d/b/a FRENCHY'S SOUTH BEACH CAFE, and MICHAEL G. PRESTON, an individual, by and through their respective undersigned counsel, hereby notify the Court that settlement has been reached in the above styled case. The Settlement Agreement is being drafted and will be circulated for signatures. A Stipulation of Dismissal With Prejudice will be filed with the Court shortly hereafter.

Dated this 5th day of December, 2011.

Respectfully submitted,

| | |
|---|---|
| /s/B. Bradley Weitz. | /s/C.A. Sullivan, Esq. |
| B. BRADLEY WEITZ, ESQ. | C.A. SULLIVAN, ESQ. |
| Florida Bar No.: 479365 | Florida Bar No.: 0437018 |
| THE WEITZ LAW FIRM, P.A. | McFARLAND, GOULD, LYONS, |
| Bank of America Building | SULLIVAN & HOGAN |
| 18305 Biscayne Blvd., Suite 214 | 311 South Missouri Avenue |
| Aventura, Florida 33160 | Clearwater, Florida 33756 |
| Telephone: (305) 949-7777 | Telephone: (727) 461-1111 |
| Facsimile: (305) 704-3877 | Facsimile: (727) 461-6430 |
| Email: bbw@weitzfirm.com | Email: cs@mcfarlandgouldlaw.com |
| Attorney for Plaintiff | Attorney for Defendants |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-00426-JSM-MAP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

FRENCHY'S SOUTH BEACH CAFE, INC., a
Florida corporation, d/b/a FRENCHY'S SOUTH
BEACH CAFE, and MICHAEL G. PRESTON,
an individual,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ B. Bradley Weitz, Esq.
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone:  (305) 949-7777
    Facsimile:   (305) 704-3877
    Email: bbw@weitzfirm.com

## SERVICE LIST

Kendrick E. Duldulao vs. Frenchy's South Beach Cafe, Inc., et al.,
CASE NO.: 8:11-cv-00426-JSM-MAP
United States District Court, Middle District Of Florida
Tampa Division


**Carlos A. Sullivan, Esq.**
**McFarland, Gould, Lyons,**
**Sullivan & Hogan, P.A.**
311 S. Missouri Avenue
Clearwater, Florida 33756
Telephone:  (813) 461-1111
Facsimile:   (813) 461-6430
E-mail: cs@mcfarlandgouldlaw.com
*Attorney for Defendants*
**ELECTRONIC SERVICE**


**Randall V. Shanafelt, Esq.**
**SHANAFELT LAW FIRM, PA.**
803 Turner Street
Clearwater, Florida 33756
Telephone:  (727) 491-1120
Facsimile:   (727) 441-8541
E-mail: rvs@shanafeltlaw.com
*Attorney for Defendants*
**ELECTRONIC SERVICE**