UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-00426-JSM-MAP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

FRENCHY'S SOUTH BEACH CAFE, INC.,
d/b/a FRENCHY'S SOUTH, et al.,

    Defendants.
_____/

> This motion/petition/stipulation has been duly considered and is hereby **GRANTED**, this **24** day of **JANUARY**, 20**12**.
>
> _____
> JAMES S. MOODY, JR.
> U.S. DISTRICT JUDGE

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KENDRICK E. DULDULAO, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulates to a dismissal of this action with prejudice as to Defendants FRENCHY'S SOUTH BEACH CAFE, INC., a Florida corporation, d/b/a FRENCHY'S SOUTH BEACH CAFE, and MICHAEL G. PRESTON, an individual. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to a Confidential Settlement Agreement.

Dated this 19th day of January, 2012.

Respectfully submitted,

/s/B. Bradley Weitz.
B. BRADLEY WEITZ, ESQ.
Florida Bar No.: 479365
THE WEITZ LAW FIRM, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com
Attorney for Plaintiff

/s/C.A. Sullivan, Esq.
C.A. SULLIVAN, ESQ.
Florida Bar No.: 0437018
McFARLAND, GOULD, LYONS,
SULLIVAN & HOGAN
311 South Missouri Avenue
Clearwater, Florida 33756
Telephone: (727) 461-1111
Facsimile: (727) 461-6430
Email: cs@mcfarlandgouldlaw.com
Attorney for Defendants

SO ORDERED: _____
                United States District Judge

1